OPINION — AG — KEY WORDS: UNANTICIPATED SURPLUS, BALANCING AMENDMENT, ESTIMATE REVENUES, ACCRUES THROUGH THE BUDGET OFFICE, ANTICIPATED SURPLUS BY THE EQUALIZATION BOARD — EACH OF THE "IF, AND WHEN" APPROPRIATION LAWS, REFERRED BY YOU, SHOULD BE TREATED AS VALID BY ALL OFFICERS CHARGED WITH THE EXECUTION THEREOF, THAT IS, UNLESS AND UNTIL SAME IS HELD INVALID BY A FINAL ORDER OF A COURT OF COMPETENT JURISDICTION. CITE: 62 O.S. 1961 9.1-9.8 [62-9.1] — [62-9.8] (FRED HANSEN)